UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CHRISTINA SHIPLEY-WATERS,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Cause No. 3:21-cv-00112-RLY-MPB<br>) |
| HELP AT HOME, LLC<br>    Defendant. | )<br>)<br>) |

### ORDER OF DISMISSAL

The Court, having considered the *Agreed Stipulation of Dismissal with Prejudice* filed by the Parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby **ORDERS** that this action be **DISMISSED WITH PREJUDICE**, with the parties responsible for their own attorneys' fees and costs.

Dated:   12/16/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

CC: All counsel of record.